FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

13 MAY -1 P3:14

CLERK, U.S. DISTRICT COURT
BY: lmd DEPUTY CLERK
AT WICHITA, KS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**MANJUR ALAM,**<br>Defendant. | Criminal Action<br>No. 13-10057-01-MLB<br>**FILED UNDER SEAL** |

## ORDER

Now on this 1st day of May, 2013, the court hereby orders the defendant, Manjur Alam, to be released from the custody of any federal law enforcement agency and the Sedgwick County Sheriff's Office, and ordered to appear at the United States Marshal's Service at 11:00 a.m. on May 2, 2013.

Karen M. Humphreys
HONORABLE KAREN M. HUMPRHEYS
UNITED STATES DISTRICT JUDGE

BARRY R. GRISSOM
United States Attorney

AARON L. SMITH, #20447
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone:(316) 269-6481
Fax: (316) 269-6481
E-mail: aaron.smith3@usdoj.gov