SEALED

AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

13 MAY -3 PM 2:06

CLERK, U.S. DISTRICT COURT
BY: MO, DEPUTY CLERK
AT WICHITA, KS

# UNITED STATES DISTRICT COURT

for the

## District of Kansas

United States of America
v.
MANJUR ALAM
*Defendant*

Case No. 13-10057-01-MLB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MANJUR ALAM
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Sealed Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Cou[rt]

UNITED STATES MARSHAL RECEIVED
13 APR 24 PM 12:17
WICHITA, KS

This offense is briefly described as follows:

Wire fraud. See attached indictment for additional charges.

Date: 04/24/2013

S/ A. Anderson
*Issuing officer's signature*

City and state: Wichita, Kansas

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 4/24/13, and the person was arrested on *(date)* 5/1/13
at *(city and state)* Wichita, KS.

Date: 5/1/13

FOR HUD

[signature]
*Arresting officer's signature*

Mike Cochran[?] HUD
*Printed name and title*