## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
     *Plaintiff,*

**v.**                                             Case No. **13-cr-10057-EFM**

**MANJUR ALAM,**
     *Defendant.*

---

## ORDER TO DISMISS THE REMAINING CLAIM FROM MOTION TO
## VACATE, SET ASIDE, OR CORRECT SENTENCE

---

Now on this 16th day of August, 2018, the above-entitled matter comes before the Court upon the Petitioner's motion to dismiss the remaining claim from his motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. 209).

The Court, after reviewing the motion and being fully advised of the premises, finds that the evidentiary hearing set for August 20, 2018 should be cancelled and the remaining claim from Mr. Alam's § 2255 petition is dismissed.

Counsel for the government does not oppose the motion or the relief sought.

**IT IS THEREFORE ORDERED** that the motion to dismiss the remaining claim from Mr. Alam's motion to vacate, set aside, or correct sentence (Doc. 209) is **GRANTED**.

**IT IS FURTHER ORDERED** that Alam's motion for the Court to find his trial counsel ineffective for withholding material evidence from the government by

failing to timely provide an expert report to the government (Doc 199) is **DENIED AS MOOT**.

IT IS FURTHER ORDERED that the evidentiary hearing scheduled for **August 20, 2018 at 1:30 p.m.** is cancelled.

HONORABLE ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE

2