IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                   Case No. 6:13CR10057-001-EFM

MANJUR ALAM,

        Defendant.

## PARTIAL RELEASE OF JUDGMENT LIEN

The United States of America, hereby releases any right, claim or interest, legal or equitable, which it may have in a certain tract of real property located at 2526 N. Banbury Circle, Wichita, Sedgwick County, Kansas, and more particularly described as the following:

Lot 5 Block B Comotara First Addition

as the result of a judgment entered against Manjur Alam on August 11, 2014, in the United States District Court for the District of Kansas, Case No. 6:13CR10057-001-EFM, and recorded in the Office of Register of Deeds for Sedgwick County, Kansas, on September 10, 2014, DOC#/FLM-PG: 29475503.

This release is made only with respect to the real estate legally described above and does not operate as a release of any party to said legal action or to any other interest held by the United States.

Dated this 2nd day of May, 2023.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney

s/ Kathryn E. Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
Federal Building, Suite 290
444 SE Quincy
Topeka, Kansas 66683-3592
Telephone:  785-295-2850
Facsimile:  785-295-2658
E-mail: kathryn.sheedy@usdoj.gov
Attorneys for the United States

2